# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

DEANTHONY A. NASH,

        Petitioner,

v.                                                         Case No. 08-CV-202

RANDALL R. HEPP, WARDEN,
JACKSON CORRECTIONAL INSTITUTION,

        Respondent.

_____

## ORDER

On August 1, 2008, petitioner DeAnthony Nash ("Nash") filed a Rule 59(e) motion for reconsideration of this court's judgment dismissing his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court initially dismissed Nash's § 2254 petition on July 24, 2008, for want of jurisdiction. However, on October 16, 2008, this court granted Nash's motion for reconsideration.

Prior to the dismissal of Nash's petition, Nash filed a June 9, 2008 brief in support of his petition for a writ of habeas corpus. The remaining respondent's brief was not filed before the petition was dismissed. Therefore, this court will issue a briefing schedule for the respondent's brief.

Accordingly,

**IT IS ORDERED** that the parties in this action shall proceed in accordance with the following briefing schedule:

1. Respondent shall file an opposition brief, with reasons why the writ of habeas corpus should not be issued, within forty-five (45) days of the date of this order.

Dated at Milwaukee, Wisconsin, this 23rd day of October, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge